**DISMISS and Opinion Filed September 12, 2023**



In The
**Court of Appeals
Fifth District of Texas at Dallas**

**No. 05-23-00157-CV**

**CRETIC ENERGY SERVICES, LLC; CATAPULT ENERGY SERVICES GROUP, LLC; AND NGP ENERGY CAPITAL MANAGEMENT, LLC,**
**Appellants**
**V.**
**LAREDO PETROLEUM, INC.; BIG B CRANE, LLC; AND INTERNATIONAL INSURANCE COMPANY OF HANOVER S.E.,**
**Appellees**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-22-13638**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Goldstein
Opinion by Chief Justice Burns

This appeal was filed prematurely, before an appealable judgment was signed.

*See Hinde v. Hinde*, 701 S.W.2d 637, 639 (Tex. 1985) (per curiam) (to be appealable,

judgment must dispose of all parties and claims and be sufficiently definite and

certain to define and protect litigants' rights). Ordered to show cause why the appeal

should not be dismissed for want of jurisdiction, *see* Tex. R. App. P. 42.3(a),

appellants responded by letter acknowledging that we lack jurisdiction. Accordingly, we dismiss the appeal. *See id.*

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

230157F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CRETIC ENERGY SERVICES, LLC; CATAPULT ENERGY SERVICES GROUP, LLC; AND NGP ENERGY CAPITAL MANAGEMENT, LLC, Appellants

No. 05-23-00157-CV     V.

LAREDO PETROLEUM, INC.; BIG B CRANE, LLC; AND INTERNATIONAL INSURANCE COMPANY OF HANOVER S.E., Appellees

On Appeal from the 101st Judicial District Court, Dallas County, Texas Trial Court Cause No. DC-22-13638. Opinion delivered by Chief Justice Burns, Justices Molberg and Goldstein participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellees Laredo Petroleum, Inc.; Big B Crane, LLC; and International Insurance Company of Hanover S.E. recover their costs, if any, of this appeal from appellants Cretic Energy Services, LLC; Catapult Energy Services Group, LLC; and NGP Energy Capital Management, LLC.

Judgment entered September 12, 2023.